**Paul R. ROMERO, Claimant–Appellant**

v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2014–7131.

United States Court of Appeals, Federal Circuit.

Sept. 15, 2015.

Kenneth M. Carpenter, Law offices of Carpenter Chartered, Topeka, KS, argued for claimant-appellant.

Shari A. Rose, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Martin F. Hockey, Jr.; Y. Ken Lee, Martie S. Adelman, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

PROST, Chief Judge, MOORE and STOLL, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**In re RONALD A. KATZ TECHNOLOGY LICENSING, L.P., Appellant.**

No. 2015–1170.

United States Court of Appeals, Federal Circuit.

Sept. 15, 2015.

Lowell D. Mead, Cooley LLP, Palo Alto, CA, argued for appellant. Also represented by Lori R. Mason; Frank V. Pietrantonio, Reston, VA.

Robert McBride, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by Nathan K. Kelley, Thomas W. Krause, Stacy Beth Margolies.

PROST, Chief Judge, CLEVENGER and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**